# United States Bankruptcy Court
## District of Delaware

In re **Dakota Williams**

Debtor(s)

Case No. **12-11766**

Chapter **13**

## SECOND MODIFIED CHAPTER 13 PLAN

**NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR.L.R. 3023-1**

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor's employer shall pay to the trustee the sum of __**$1,034.13 for the remaining 26 months of the 60 month plan**__.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1.    Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

    (A)    Debtor's Counsel Fees    __**$2,700.00  plus $500.00 for the First Modified Plan and $500.00 for the Second Modified Plan.**__

    (B)    Priority Taxes

| Tax | Tax Year Due | Amount |
|---|---|---|
| **IRS Taxes** | **2011** | **$572.45** |

    (C)    Other Priority or Administrative Expenses: **N/A**

2.    Subsequent to dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (A)    Long term or mortgage debt -
    **PRE-PETITION ARREARAGE ONLY,  $  13,520.72    to be paid to Vericrest to cure arrears on the debtor's home located at 240 Bucktail Lane Middletown, DE 19709 (the "Home").** POST PETITION ARREARS DUE FOR 07/1/2012 THROUGH 01/01/2014 in the amount of $17,882.17. Plus Attorney fees and cost in the amount of $576.00 for a total of 18,458.17. Debtor shall continue to make regular post-petition payments directly to **Vericrest**. This section of the Plan specifically incorporates all of the provisions  affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1 (b)(ii) and no parties shall be so governed.

    (B)    Secured Vehicle debt (cramdown) - **N/A**

    (C)    Secured Vehicle debt (910 car claim) - **N/A**

    (D)    Other secured debt: **N/A**

3.    Surrender - Secured Collateral to: **N/A**

4.    Subsequent to dividends to priority and secured creditors, allowed non-priority general unsecured creditors shall receive a pro rata dividend, if any.

5.      The following leases or executory contracts of the debtor will be treated as follows:**N/A**

6.      Except for undistributed plan payments held by the Trustee, title to Debtor's property shall revest in the Debtor on confirmation of the Plan. Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

7.      Other special provisions of the Plan:

The second mortgage on the Debtor's home, Held by Newport FCU, is hereby deemed to be unsecured and shall be stripped by a to-be-commenced adversary proceeding.

8.      A proof of claim must be filed in order to share in distributions under the plan.  A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Filing a Claim. Click on "Submit a Proof of Claim" link and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file a paper claim, go the United States Bankruptcy Court, District of Delaware website (http://web.deb.uscourts.gov) and click on the Forms tab. Select All Forms from the drop down menu, then select B10-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.


**/s/ Dakota Williams**
_____
Debtor's Signature

**June 23, 2015**
_____
Date

**/s/ Mark M. Billion DE BAR**
_____
Attorney for Debtor(s)

June 23, 2015
_____
Date


Revised Local Form 103 (Ch. 13 Plan)(pg. 2)
Del. Bankr. L.R. 3023-1 (b)

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

## SECOND MODIFIED CHAPTER 13 PLAN ANALYSIS

**Debtors:** **Dakota Williams**                                    **Date:** June 23, 2015

**Case #** **12-11766**

Prior Bankruptcy ( )                Chapter 13 ( )                **Trustee Use:**
Estimated Length of Plan:
341 Meeting Date:
Continued:
Confirmed Date:

### TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATE EXPENSES

| | | | |
|---|---|---|---:|
| A. | Total Priority Claims (Class One) | $ | |
| | 1. Unpaid Attorney's Fees | $ | 3,700.00 |
| | 2. Taxes | $ | 572.45 |
| | 3. Other | $ | 0.00 |
| B. | Total of Payments to Cure Defaults (Class Two) | $ | 31,618.03 |
| C. | Total of Payments to Secured Claims (Class Three) | $ | 0.00 |
| D. | Total of Payments on Unsecured Claims (Class Four) | $ | 4,000.00 |
| E. | Sub-Total | $ | 39,890.48 |
| F. | Total Trustee's Compensation (6.5% of debtor's payments) | $ | 2,462.26 |
| G. | Total Debt and Administrative Expenses | $ | 42,352.74 |

### RECONCILIATION WITH CHAPTER 7

| | | | |
|---|---|---|---:|
| H. | Interest of Class Four Creditors If Chapter 7 Filed | | |
| | 1. Value of debtor's interest in non-exempt property | $ | 0.00 |
| | 2. Plus: Value of Property Recoverable Under Avoiding Powers | $ | 0.00 |
| | 3. Less: Estimated Chapter 7 Administrative Expenses | $ | 0.00 |
| | 4. Less: Amounts Payable to Priority Creditors other than costs of administration | $ | |
| | 5. Equal: Estimated Amount Payable to Class Four Creditors if Chapter 7 Filed (if negative, enter zero) | $ | 0.00 |
| I. | Estimated Dividend for class four under Chapter 7 | $ | 0.00 |
| J. | Estimated Dividend for class four under Plan | $ | 0.00 |

Date   **June 23, 2015**                Signature   **/s/ Dakota Williams**
**Dakota Williams**
Debtor

Date   **June 23, 2015**                Signature   **/s/ Mark M. Billion DE BAR**
**Mark M. Billion DE BAR #5263**
Attorney

**Billion Law**
**922 New Road**
**2d Floor**
**Wilmington, DE 19805**
**302.428.9400**